JUDGE KEENAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **08 CRIM 021** |
| - v. - | : | 08 Cr. |
| KUNTA LUGO, | : | |
| Defendant. | : | |

- - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

On or about December 6, 2007, in the Southern District of New York, KUNTA LUGO, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about August 16, 2006, in New York Supreme Court, Bronx County, of criminal sale of a controlled substance in the fourth degree, in violation of New York Penal Law 220.34, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a loaded .22 caliber H&R revolver, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____        _____
FOREPERSON                                                  MICHAEL J. GARCIA
                                                                           United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 04 '08

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

KUNTA LUGO,

Defendant.

---

**INDICTMENT**

08 Cr.

(18 U.S.C. § 922(g)(1).)

---

                MICHAEL J. GARCIA
                United States Attorney.

**A TRUE BILL**

*[signature]*  1/4/08      Foreperson.

---

1/4/08 Filed Indictment. Case assigned to Judge Keenan
*[initials]*
                                            Pitman
                                            U.S.M.J