UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :     ORDER

　　　- v. -                       :     08 Cr. 21 (JFK)

KUNTA LUGO,                       :

　　　　　Defendant.               :
- - - - - - - - - - - - - - - - - - x

　　　Upon the annexed Affirmation and Application of the United States Attorney for the Southern District of New York, by Assistant United States Attorney Christian R. Everdell, pursuant to Fed. R. Crim. P. 17(c), indicating that vouchered items held by the New York City Police Department Property Clerk's Office will be useful and necessary to prepare for trial and to complete discovery in this case,

　　　IT IS HEREBY ORDERED that the New York City Police Department Property Clerk's Office provide forthwith to Police Officer Dannis DeLeon any and all evidence and property vouchered in connection with the arrest of Kunta Lugo on December 6, 2007, including, but not limited to, the items listed under the following voucher numbers: N938273, N938277, N938275, and N938272.

DATED: New York, New York
　　　　January 23, 2008

_____
THE HONORABLE JOHN F. KEENAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK