UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X         # 08 CR 21 (JFK)
UNITED STATES OF AMERICA          :

           -V-                    :

Kunta Lugo                        :
-------------------------------------X

Please be advised that the conference/sentence scheduled for July 16, 2008 has been rescheduled to July 22, 2008 at 9:45 am in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York
       April 14, 2008

_____
JOHN F. KEENAN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-14-08